# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00642-CR

**Roberto Lopez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
### NO. D-1-DC-03-204137, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Roberto Lopez seeks to appeal from a judgment of conviction for murder. The trial court has certified that this is a plea bargain case and Lopez has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). In addition, the pro se notice of appeal was not timely filed. The appeal is dismissed. *See id*. rule 25.2(d).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:  November 3, 2006

Do Not Publish